JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ARLENID DAYAN ORTIZ-AVILA,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. EDCV 26-5842-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: October 15, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE